**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

Donald H. Brown

    Plaintiff,

  v.                                              1:19-cv-00327-MSM-LDA

Newrez, LLC,
ET AL.

    Defendants.

## **JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Judgment is hereby entered pursuant to this Court's Order of September 15, 2021.

    It is so ordered.

September 23, 2021              By the Court:

                                           /s/ Hanorah Tyer-Witek
                                           Clerk of Court